*[Handwritten annotations in top right:]* U.C. 5/22/15 9:30

Case: 15-01167-TOM13

**Amended 341 MEETING AND CONFIRMATION HEARING BENCH SHEET**

341 Hearing: 04/22/2015 A
Confirmation Hearing: 5-28-2015

Debtor(s): NORFLEET, PARTHENIA S

XXX-CC-0062

# of previous Chapter 13 cases - 4
Southern Division:

Debtor Present at 341 meeting? (✓) Yes  ( ) No

Previous discharges: 56 mo

Attorney: JAFFE & ERDBERG, P.C.

Attorney Present at 341 meeting? (✓) Yes  ( ) No

CONFIRMATION: $ ~~880~~ 1297
( ) RECOMMENDED
( ) NOT RECOMMENDED
( ) Weekly    ( ) Bi-Weekly
( ) Semi-Monthly   (✓) Monthly

Debtor Employer: RECS PENSION/RETIREMENT
D.O. Sent:

Joint Debtor Employer:
D.O. Sent:                        *[handwritten: AR 100%]*

For 60 months pursuant to the plan.

Plan payments by ( ) Payroll Deduction  ( ) Direct
( ) Composition Plan: 100% to allowed nonpriority unsecured claims.

Petition Filed: 03/24/2015

Proposed Plan Payments: ~~880.00 MONTHLY~~ #27
Latest plan filed: 5/19/15  ~~03/24/2015~~
Amended plan payment: $ 880 monthly

Attorney fee distribution pursuant to:
Plan ( )  Trustee recommendation ( )  Attorney agreed (✓)

Total fee: $ 3,000. + 150
Amount paid prepetition: $ 460.
First installment: $ 1,200.
Balance to be paid: $ 600. monthly for 4 months — AP
Then: $ 100. monthly for ___ months — AP
Then: $ ___ monthly for ___ months

Notes from Confirmation Hearing: _____
Debtor present? ( ) Yes  ( ) No
Attorney present? ( ) Yes  ( ) No
Other: _____
(✓) Enter Confirmation Order

341 MTG. CONCLUDED
APR 29 2015

341 meeting continued to 7/29/15   Reason: ___   DNR

*[right margin: 43285.53]*

NOTES FOR CONFIRMATION ORDER:
( ) Debtor orally moved in open court to amend plan payment amount and/or increase fixed payment(s).
( ) Claim Number _____ of _____ is to be paid direct and no disbursement through Trustee.
( ) _____ must file proof of claim for arrearage to receive disbursement from Trustee.
( ) Trustee's Objection to Confirmation and Motion to Dismiss is _____.
( ) Trustee's Objection to Claim of Exemptions is _____.
( ) Objection to Confirmation filed by _____ is _____.
(X) Mortgage debt to BSI FINANCIAL SERVICES shall be paid direct beginning Apr 2015. claimant's arrearage claim should include payments through the month of Mar 2015.

SPECIAL PROVISIONS:

3/24/2015

Other provisions:
1. Attorney fees for attorney for Debtor(s) shall be paid with monthly fixed payments pursuant to Administrative Order 11-01.
2. Debtor(s) will pay pre-petition and post-petition service with Alabama Power Company in the ordinary course of business as adequate assurance under title 11 U.S.C. § 366 in lieu of posting a deposit under title 11 U.S.C. § 366 and acknowledges 11 U.S.C. § 362 will not prohibit collection of these debts.
3. Payments made by the Debtor for bankruptcy filing fees or other court costs, or for Adequate Protection Payments, shall be credited toward Chapter 13 plan payments due for the month in which such payment was made.
4. ~~Debtor shall remit all post-petition tax refunds to the Chapter 13 Trustee during this case. In the alternative, on or before May 15 of each calendar year, Debtor may file a motion to modify the confirmed plan to increase the pro rata share available to holders of nonpriority unsecured claims over the remaining plan term by the amount of the tax refund retained by Debtor. At the time that Debtor files any such motion to modify, Debtor's plan payments must be substantially current and Debtor shall file with the court and serve upon the Chapter 13 Trustee a copy of the federal income tax return for the applicable year.~~

*[handwritten: added]* 4. Debtor shall remit all non-exempt proceeds from a pending civil action against Drummond Coal.

Case: 15-01167-TOM13   341 MEETING AND CONFIRMATION HEARING   Hearing Date: 04/22/2015
BENCH SHEET

## TO BE PAID THROUGH TRUSTEE

| Claim | Creditor Name | Adequate Protection Payment | Adequate Protection Payment Ends | Debt Listed | Amt Filed | Secured/ Priority | Interest Rate | Fixed Monthly Payment | Fixed Monthly Payment Begins | |
|---|---|---|---|---|---|---|---|---|---|---|
| | ALABAMA CREDIT UNION | | | 260.00 | | | | | | |
| 2. | 12 Kia Soul / ALABAMA POSTAL CREDIT UNIO | 185.00 | 09/2015 | 20,529.06 21,000.00 | 18,523.45 | S | 5.2500 | 438.00 | 10/2015 | y47 |
| | ASHRO | | | 161.00 | | | | | | |
| | AT&T | | | 91.00 | | | | | | |
| | moll arrears BSI FINANCIAL SERVICES | | | 7,800.00 | | S | | 145.00 | 10/2015 | y53 |
| | ERIC HOLDER, ATTORNEY GENE | | | 1.00 | | P | | | | |
| | FIRST PREMIER BANK | | | 457.00 | | | | | | |
| | HSBC BANK | | | 526.00 | | | | | | |
| 001 | INTERNAL REVENUE SERVICE | | | 5793.00 8,500.00 | 7618.91 5,702.67 | P | | | | |
| 001 | INTERNAL REVENUE SERVICE | | | 0.00 | 1026.72 400.20 | | | | | |
| | JT SMALLWOOD, JEFFCO TAX C | | | 1,000.00 | | P | | | | |
| | AC MICROF FINANCIAL SERVICES | 80.00 | 09/2015 | AP 6184.70 5,500.00 12,000 | 13500 | S | 5.2500 | AP 250 115.00 | 10/2015 | y54 |
| | STATE OF ALABAMA | | | 1.00 | | P | | | | |
| | TRAVIS HULSEY JEFFERSON CC | | | 1.00 | | P | | | | |
| | UNITED STATES ATTORNEYS OF | | | 1.00 | | P | | | | |
| | *****TOTAL***** | 265.00 | | 45,299.00 | 6,272.77 | | | 698.00 833 | | |

CONTINUING CLAIMS

UNLISTED CLAIMS
obj. pending
3. Wells Fargo Bank   16,305.02

## DEBTS TO BE PAID DIRECT

| Claim | Creditor Name | Amount of Debt | Reason to be paid direct |
|---|---|---|---|
| | ALABAMA POWER | 1.00 | |
| | BSI FINANCIAL SERVICES | 84,428.00 | |